**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ABDULAZIZ RAHMONZODA, | ) | Case No. ED CV 26-1535 FMO (RAO) |
| Petitioner, | ) | |
| v. | ) | **ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS** |
| ERNESTO SANTACRUZ, JR., | ) | |
| Respondent. | ) | |

On June 1, 2026, the court granted petitioner's application for a preliminary injunction. (Dkt. 18, Court's Order of June 1, 2026, at 8). In the same order, the court ordered the parties to meet and confer to determine what issues remain to be resolved with respect to the Petition. (See id.). If the parties agreed that there was nothing further for the court to decide, they were ordered to file a stipulation and proposed dismissal order no later than June 10, 2026. (Id.). If the parties disagreed as to the remaining issues, then the parties were required to file a joint status report that identifies those issues, state what briefing they would rely on, propose a schedule for any additional briefing, and indicate whether they consent to a Magistrate Judge for all purposes. (See id. at 9). The parties' joint status report was also due no later than June 10, 2026. (Id.). The court also admonished the parties that "[f]ailure to file a stipulation or a joint status report by the deadlines set forth above may be deemed as a concession that no further relief is available and that the action may be dismissed without prejudice." (Id.).

The parties did not file a stipulation or joint status report by the deadline. (See, generally, Dkt.).  The court treats this as consent that no further relief is available.  Accordingly, IT IS ORDERED THAT the above-captioned case is **dismissed without prejudice**.  Judgment shall be entered accordingly.

Dated this 11th day of June, 2026.

/s/
Fernando M. Olguin
United States District Judge

2