JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ABDULAZIZ RAHMONZODA,

     Petitioner,

    v.

ERNESTO SANTACRUZ, JR.,

     Respondent.

)
)
)
)
)
)
)
)
)
)

Case No. ED CV 26-1535 FMO (RAO)

**JUDGMENT**

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 11th day of June, 2026.

             /s/
           Fernando M. Olguin
         United States District Judge